## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL GIOVINGO** | * | **CIVIL ACTION NO.:** |
| | * | |
| **Plaintiff** | * | |
| | * | **JUDGE:** |
| | * | |
| versus | * | |
| | * | |
| | * | **MAG. JUDGE:** |
| **GORDON BIERSCH BREWERY** | * | |
| **RESTAURANT, GORDON BIERSCH** | * | |
| **GROUP, LLC, SPB HOSPITALITY,** | * | |
| **LLC, CRAFT BREWERY GROUP, LLC,** | * | |
| **CRAFTWORKS RESTAURANTS &** | * | |
| **BREWERIES GROUP, INC., AND** | * | |
| **ABC INSURANCE COMPANY** | * | |
| | * | |
| **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **CERTIFICATE OF FILING OF STATE COURT RECORD**

Pursuant to the provisions of 28 U.S.C. § 1447(B), copies of the foregoing pleadings in the state court proceeding entitled, "Michael Giovingo versus Gordon Biersch Brewery Restaurant, Gordon Biersch Group, LLC, SPB Hospitality, LLC, Craft Brewery Group, LLC, Craftworks Restaurants & Breweries Group, INC., and ABC Insurance Company" and bearing Suit No. 2021-09197, Division "J", Section "15," pending in the Civil District Court for the Parish of Orleans, State of Louisiana, are hereby submitted for filing into the record of these proceedings:

1. Petition for Damages filed by Plaintiff filed November 10, 2021;

2. Citation to Craft Brewery Group, LLC, dated November 23, 2021;

3. Citation to Gordon Biersch Group, LLC, dated November 23, 2021; and

4. Citation to Gordon Biersch Brewery Restaurant, signed by Deputy Clerk on November 12, 2021.

Respectfully submitted,

**LAW OFFICES OF JASON P. FOOTE, LLC**

By: /s/ *Jason P. Foote*
**JASON P. FOOTE (#25050)**
**DEVIN CABONI-QUINN (#35447)**
**KALEIGH K. ROONEY (#40034)**
2821 Richland Ave., Suite 202
Metairie, Louisiana 70002
Telephone: 504-324-8585
Facsimile: 504-324-8496
**Attorneys for Gordon Biersch Group, LLC,
and Craft Brewery Group, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the **15th** day of **December 2021**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

*/s/ Jason P. Foote*
**JASON P. FOOTE**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 2021-09197      DIVISION: "J"

MICHAEL GIOVINGO

SECTION 15

VERSUS

GORDON BIERSCH BREWERY RESTAURANT, GORDON BIERSCH GROUP, LLC, SPB HOSPITALITY, LLC, CRAFT BREWERY GROUP, LLC, CRAFTWORKS RESTAURANTS & BREWERIES GROUP, INC., AND ABC INSURANCE COMPANY

FILED: _____      _____
                                                           DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Petitioner, Michael Giovingo, in the above-entitled action, who files this Petition against Defendants, herein and in support thereof, respectfully represents the following:

**PETITIONER**

1.

Petitioner, Michael Giovingo, a person of the full age and majority, domiciled in the Parish of St. Bernard, State of Louisiana.

**DEFENDANTS**

2.

The following are made defendants in this action and are liable unto Petitioner in an unspecific amount, together with legal interest from the date of judicial demand until paid:

A.    **GORDON BIERSCH BREWERY RESTAURANT**, an entity located at 200 Poydras Street, New Orleans, Louisiana, and doing business in Louisiana.

B.    **GORDON BIERSCH GROUP, LLC**, a foreign limited liability company licensed to do and doing business in Louisiana.

C.    **SPB HOSPITALITY, LLC**, a foreign limited liability company doing business in Louisiana.

D.    **CRAFT BREWERY GROUP, LLC**, a foreign limited liability company licensed to do and doing business in Louisiana.

-1-

E. **CRAFTWORKS RESTAURANTS & BREWERIES GROUP, INC**, a foreign corporation organized under Delaware state law and doing business in the State of Louisiana.

F. **ABC INSURANCE COMPANY**, a foreign entity doing business in Louisiana that, upon information and belief, provided insurance coverage for Defendant/s and/or the premise at which this incident occurred, on the date of Petitioner's injuries.

3.

At the time of the events that are the subject of this Petition, upon information and belief, there was a business, contractual, and/franchise relationship between Defendants Gordon Biersch Brewery Restaurant, Gordon Biersch Group, LLC, SPB Hospitality, LLC, Craft Brewery Group, LLC, and/or Craftworks Restaurants and Breweries Group, Inc. such that one entity may be liable for the acts, omissions, and liabilities of the other entity. These entities will collectively be referred to as "Defendants."

## JURISDICTION AND VENUE

4.

This Court has jurisdiction over this matter pursuant to La. C.C.P. Art. 2 and venue is proper under, La. C.C.P. Art. 74.

## FACTS AND CLAIMS

5.

Defendants are jointly, severally and *in solido* liable unto Petitioner for such damages as are reasonable in the premises, together with legal interest from the date of judicial demand and all costs of these proceedings for the following reasons, to-wit:

6.

Petitioner brings this suit to recover for personal injuries he sustained as a result of an incident that occurred within the premises operated by Defendants which was caused solely by the negligence and fault of Defendants and their employees.

7.

On or about November 10, 2020, Petitioner was a guest patron entering the Gordon Biersch Brewery Restaurant located at 200 Poydras Street, New Orleans, Louisiana 70130, upon information and belief owned and operated by Defendants.

8.

When he approached the double doors to the restaurant, Petitioner discovered that the right door was locked, so he opened the left door. As he stepped through the doors, his right foot caught something that was placed slightly to the right of the center of the two doors, causing him to spin around and fall backwards. Petitioner was immediately knocked unconscious from the force of this fall.

9.

Upon inspection after his fall, it became clear that the object which caused Petitioner to trip was a metal weighted post that is designed to display a small sign about waist high. However, in this case the weighted metal post base did not have a sign affixed to it. Without a sign attached to the post, it was difficult to see the weighted base from the direction Petitioner was forced to approach as he entered the restaurant. This metal base was negligently placed in this location by Defendants and/or their employees, was clearly visible to Defendants and/or their employees who were inside the building, and thus, Defendants were aware, or should have been aware, of the existence of this dangerous condition.

10.

As a result of the substantial and debilitating injuries resulting from this fall, Petitioner has incurred medical bills and will continue to require medical treatment in the future. Prior to this incident Petitioner was a very active person, however, his ability to enjoy hobbies and activities in which he regularly engaged has been substantially impacted. Due to the ongoing symptoms he experiences, Petitioner's day to day life is significantly impacted by the injuries he suffered in this incident.

11.

At all times material hereto, Defendants had the exclusive care, custody, control and guard of the area in which Plaintiff fell.

12.

Petitioner's fall and resulting injuries were caused solely and proximately by the negligence, want of care and liability of Defendants in the following nonexclusive particulars:
a) Creating the hazard upon which Petitioner fell;
b) Failing to remedy a hazard of which they had actual or constructive knowledge;

c)  Failing to warn of a hazard of which they had actual or constructive knowledge;

d)  Allowing a dangerous and hazardous condition and/or allowing the condition to exist for an unreasonable length of time;

e)  Failure to exercise reasonable care; and

f)  Any other acts of negligence discoverable prior to the trial on the merits.

All of the foregoing acts of negligence were in violation of the laws of the State of Louisiana, which are hereby specifically pled by reference as set forth herein, *in extenso*.

13.

Petitioner avers that the condition which caused his damage created a foreseeable and unreasonable risk of harm. Furthermore, Petitioner asserts that Defendants by their employees had actual knowledge of this hazardous condition, or that in the alternative; the hazardous condition existed for such an unreasonable length of time that Defendants are charged with constructive knowledge of the condition.

14.

At all times material hereto, all employees of Defendants were acting within the course and scope of their employment with Defendants, who are therefore vicariously liable for their employees' negligence under the doctrine of *respondeat superior*.

15.

At the time of the events that are the subject of this Petition, upon information and belief, Defendant, ABC Insurance Company, provided insurance coverage for Defendants and/or the premise at which this incident occurred, on the date of Petitioner's injuries.

**DAMAGES**

16.

As a result of the negligence of Defendants enumerated hereinabove, Petitioner is entitled to recover for his damages under the circumstances, and herewith includes his damages as follows, without limitation, for any and all damages available under law:

a)  Past, present and future physical pain and suffering;

b)  Past, present and future mental pain, anguish and suffering;

c)  Past, present and future medical bills; and

-4-

  d)  Past, present and future loss of enjoyment of life;

  e)  Lost wages, disability and loss of earning capacity.

17.

Petitioner hereby demands a trial by jury.

<strong><u>PRAYER AND REQUEST FOR RELIEF</u></strong>

**WHEREFORE**, Petitioner, Michael Giovingo, prays that after due proceedings had, there be judgment rendered in favor of Petitioner and against Defendants Gordon Biersch Brewery Restaurant, Gordon Biersch Group, LLC, SPB Hospitality, LLC, Craft Brewery Group, LLC, Craftworks Restaurants and Breweries Group, Inc., and ABC Insurance Company, jointly, severally and *in solido* for all damages which are just and reasonable in the premises.

**WHEREFORE**, Petitioner prays that there be judgment against Defendants Gordon Biersch Brewery Restaurant, Gordon Biersch Group, LLC, SPB Hospitality, LLC, Craft Brewery Group, LLC, Craftworks Restaurants and Breweries Group, Inc., and ABC Insurance Company, for all costs, pre-judgment interest and for all general and equitable relief this Honorable Court may deem appropriate.

Respectfully Submitted,

*/s/ Jon S. McGill*

Jon S. McGill, Sr. 36227<br>
The Law Offices of Jon S. McGill, LLC<br>
235 Derbigny St. Gretna, LA 70053<br>
(504) 208-5551<br>
Attorney for Michael Giovingo

**Service Instructions on Next Page**

## PLEASE SERVE:

**GORDON BIERSCH BREWERY RESTAURANT**
200 Poydras Street
New Orleans, Louisiana 70130

**GORDON BIERSCH GROUP, LLC**
1. *through its Registered Agent for Service of Process*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**CRAFT BREWERY GROUP, LLC**
2. *through its Registered Agent for Service of Process*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

## PLEASE HOLD SERVICE FOR THE FOLLOWING:

**CRAFTWORKS RESTAURANTS & BREWERIES GROUP, INC.**
3. *through its Registered Agent for Service of Process*
Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

**SPB HOSPITALITY, LLC**
4. *through its Registered Agent for Service of Process*
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

**ABC INSURANCE COMPANY**

ATTORNEY'S NAME: McGill, Jon S 36227
AND ADDRESS: 6 Demes Dr., Gretna, LA 70053

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-09197　　　DIVISION: J　　　SECTION: 15

### GIOVINGO, MICHAEL

Versus

### GORDON BIERSCH BREWERY RESTAURANT ET AL

### CITATION

TO: CRAFT BREWERY GROUP, LLC
THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 12, 2021**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Schewanda Baptiste, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of ____ served a copy of the within | On this ____ day of ____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON CRAFT BREWERY GROUP, LLC | ON CRAFT BREWERY GROUP, LLC |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM |
| Returned the same day No. ____ | by leaving same at the dwelling house, or usual place of abode, in the hands of ____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CRAFT BREWERY GROUP, LLC being absent from the domicile at time of said service. |
| Deputy Sheriff of ____ | |
| Mileage: $ ____ | Returned the same day |
| ENTERED / | No. ____ |
| PAPER　　　RETURN | Deputy Sheriff of ____ |
| SERIAL NO.　DEPUTY　PARISH | |

ID: 10809678　　　Page 1 of 1

ATTORNEY'S NAME: McGill, Jon S 36227
AND ADDRESS: 6 Dernes Dr, Gretna, LA 70053

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-09197     DIVISION: J     SECTION: 15

**GIOVINGO, MICHAEL**

Versus

**GORDON BIERSCH BREWERY RESTAURANT ET AL**

### CITATION

TO:     CRAFT BREWERY GROUP, LLC

THROUGH:     ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM

3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 12, 2021

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON**, Clerk of
The Civil District Court
for the Parish of Orleans,
State of LA
by _____
Schewanda Baptiste, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **Petition for Damages** ON CRAFT BREWERY GROUP, LLC THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER / RETURN / SERIAL NO.  DEPUTY  PARISH | On this ____ day of _____ served a copy of the within **Petition for Damages** ON CRAFT BREWERY GROUP, LLC THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode in the hands of a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CRAFT BREWERY GROUP, LLC being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 10809678     Page 1 of 1

ATTORNEY'S NAME: McGill, Jon S 36227
AND ADDRESS: 6 Demes Dr, Gretna, LA 70053

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-09197  DIVISION: J  SECTION: 15

GIOVINGO, MICHAEL

Versus

**GORDON BIERSCH BREWERY RESTAURANT ET AL**

### CITATION

TO: GORDON BIERSCH GROUP, LLC
THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 12, 2021**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Schewanda Baptiste, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON GORDON BIERSCH GROUP, LLC THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM  Returned the same day No. _____  Deputy Sheriff of _____ Mileage: $ _____  / ENTERED / _____  PAPER  RETURN  SERIAL NO.  DEPUTY  PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON GORDON BIERSCH GROUP, LLC THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said GORDON BIERSCH GROUP, LLC being absent from the domicile at time of said service.  Returned the same day No. _____  Deputy Sheriff of _____ |

ID: 10809677            Page 1 of 1

ATTORNEY'S NAME:  McGill, Jon S 36227
AND ADDRESS:  6 Dernes Dr , Gretna, LA 70053

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2021-09197     DIVISION: J     SECTION: 15

### GIOVINGO, MICHAEL

Versus

### GORDON BIERSCH BREWERY RESTAURANT ET AL

## CITATION

TO:  GORDON BIERSCH GROUP, LLC
THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE , BATON ROUGE , LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 12, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Schewanda Baptiste, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON GORDON BIERSCH GROUP, LLC | ON GORDON BIERSCH GROUP, LLC |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **GORDON BIERSCH GROUP, LLC** being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER         RETURN | _____ No. _____ |
| _____ / _____ | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 10809677     Page 1 of 1

ATTORNEY'S NAME: McGill, Jon S 36227
AND ADDRESS: 6 Demes Dr., Gretna, LA 70053

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-09197   DIVISION: J   SECTION: 15

### GIOVINGO, MICHAEL

Versus

### GORDON BIERSCH BREWERY RESTAURANT ET AL

### CITATION

TO: GORDON BIERSCH BREWERY RESTURANT
200 POYDRAS STREET, NEW ORLEANS, LA 70130

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 12, 2021**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Schewanda Baptiste, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within Petition for Damages ON GORDON BIERSCH BREWERY RESTURANT THROUGH: _____ Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER   RETURN SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within Petition for Damages ON GORDON BIERSCH BREWERY RESTURANT THROUGH: _____ by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said GORDON BIERSCH BREWERY RESTURANT being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 10809676   Page 1 of 1

ATTORNEY'S NAME: McGill, Jon S 36227
AND ADDRESS: 6 Dernes Dr, Gretna, LA 70053

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2021-09197        DIVISION: J        SECTION: 15

GIOVINGO, MICHAEL

**Versus**

**GORDON BIERSCH BREWERY RESTAURANT ET AL**

### CITATION

TO: GORDON BIERSCH BREWERY RESTURANT
200 POYDRAS STREET, NEW ORLEANS, LA 70130

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA November 12, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court,
for the Parish of Orleans
State of LA
by
Schewanda Baptiste, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **Petition for Damages** ON **GORDON BIERSCH BREWERY RESTURANT** THROUGH: _____ Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER    RETURN / / SERIAL NO.    DEPUTY    PARISH | On this ____ day of _____ served a copy of the within **Petition for Damages** ON **GORDON BIERSCH BREWERY RESTURANT** THROUGH: _____ by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **GORDON BIERSCH BREWERY RESTURANT** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10809676        Page 1 of 1